UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ANDRE CLEMMONS,

                          Petitioner,                    **ORDER**

    -against-                                       13 Civ. 4969 (CS)(JCM)

WILLIAM A. LEE,

                          Respondent.
---------------------------------------------------------X

       Petitioner has informed the Court that he has exhausted his state court remedies with respect to his New York Criminal Procedure Law § 440.10 motion to vacate judgment (*see* Docket No. 46), therefore, the stay in this matter is lifted.

       On August 6, 2020, the Court directed to Respondent to respond to Petitioner's request to amend his habeas corpus petition. (Docket No. 47). Having received no opposition to Petitioner's letter, Petitioner's request is granted. Petitioner may file an amended petition and must do so by February 19, 2021. If no amended petition is received, the Court will decide the case based on the current record.

       The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

Dated:    January 13, 2021
            White Plains, New York

                                                      **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge