UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANDRE CLEMMONS,

                        Petitioner,                      **ORDER**

    -against-                                           13 Civ. 4969 (CS)(JCM)

WILLIAM A. LEE,

                        Respondent.
--------------------------------------------------------X

      On February 22, 2021, Petitioner filed an amendment to his habeas corpus petition.

(Docket No. 49).  Respondent is directed to respond to the amendment by March 24, 2021.

      The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

Dated:   February 24, 2021
           White Plains, New York

                                           **SO ORDERED:**

                                           _____
                                           JUDITH C. McCARTHY
                                           United States Magistrate Judge