UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ANDRE CLEMMONS,

                          Petitioner,                      **ORDER**

-against-                                      13 Civ. 4969 (CS)(JCM)

WILLIAM A. LEE,

                          Respondent.
--------------------------------------------------------X

       On February 24, 2021, the Court directed Respondent to respond to Petitioner's amendment by March 24, 2021. (Docket No. 50).  To date, the Court has received no such response.  Respondent must submit a response by April 14, 2021 or the amendment will be deemed unopposed.

       The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Petitioner.

Dated:   March 31, 2021
              White Plains, New York

                                                          **SO ORDERED:**

                                                            _____
                                                             JUDITH C. McCARTHY
                                                             United States Magistrate Judge